IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO: 5:06-MJ-00004 TAG |
| v. | ) | ORDER |
| MARK M. BARONE, | ) | |
| Defendant | ) | |

The Government's Motion to Dismiss Without Prejudice is hereby granted.

Dated: August 3, 2006

THERESA A. GOLDNER
Judge

1  MCGREGOR W. SCOTT
   United States Attorney
2  MEGLENA HRISTOV
   Special Assistant United States Attorney
3  1 S. Rosamond Blvd.
   Edwards, California 93524
4  Telephone: (661) 277-4310

5
                IN THE UNITED STATES DISTRICT COURT FOR THE
6
                        EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,      )
                                  )   CASE NO: 5:06-MJ-00004 TAG
9       Plaintiff,                )
                                  )   GOVERNMENT MOTION TO DISMISS
10      v.                        )         WITHOUT PREJUDICE
                                  )
11 MARK M. BARONE,                )
                                  )
12      Defendant                 )
                                  )
13

14
   The Government, in the above entitled case, requests this Honorable Court to dismiss without
15
   prejudice the superceding information against MARK M. BARONE. This request is made for the
16
   convenience of the Government as Government's witness is currently deployed to the Middle East,
17
   will not be back for the trial date of 10 August 2006, and is not scheduled to return until
18
   November/December 2006.
19

20

21
                                         MCGREGOR W. SCOTT
22                                       United States Attorney

23
                                         [signature]
24 Date 2 Aug 06              by         MEGLENA HRISTOV
                                         Special Assistant US Attorney
25

26

27

28

1